MINUTE ENTRY
WILKINSON, M. J.
MAY 22, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON SIMS | CIVIL ACTION |
| VERSUS | NO. 12-421 |
| BAKER HUGHES ET AL. | SECTION "N"(2) |

    A settlement conference was conducted on May 9, 2013 before the undersigned magistrate judge. After follow-up discussions via telephone, the court has been advised by George W. Byrne, Jr., counsel for plaintiff, and Delos E. Flint, Jr., counsel for defendants, that a settlement has been reached. By copy of this minute entry, Judge Engelhardt is advised so that he may enter an appropriate conditional dismissal order.

                                                                JOSEPH C. WILKINSON, JR.
                                                   UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. KURT D. ENGELHARDT**

MJSTAR:  0 : 20